AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

UNDER SEAL
(NOT A PUBLIC RECORD)
WARRANT FOR ARREST

UNITED STATES OF AMERICA
v.

SEAN TURNER
a/k/a: "Lucky"

CRIMINAL ACTION
NUMBER: 3:07CR313

To: The United States Marshal and/or any Authorized United States Officer
You are HEREBY COMMANDED to ARREST SEAN TURNER, also known as: "Lucky" and bring him/her to the nearest United States Magistrate Judge to answer a(n)

    X  SEALED Indictment    ___ Criminal Information    ___ Complaint
    ___ SEALED Order of Court    ___ Order of Court
    ___ Petition on Supervised Release    ___ Petition on Probation
    ___ Violation of Pretrial Release    ___ Violation of Bond Conditions

charging him/her with (brief description of offense):

Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine Base
In Violation of Title 21, United States Code, Section 846.
Possession with the Intent to Distribute/Distribution of Cocaine Base;
Aiding and Abetting
In Violation of Title 21, United States Code, Section 841 and 18:2

| Robert L. Walker | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Robert W. Walker | August 22, 2007 - Richmond, VA |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ N/A _____    By: _____
                                   Name of Judicial Officer

| This warrant was received and executed with the arrest of the above-named defendant at: | | |
|---|---|---|
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | 281F-FN-53287 -287  W |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 3:07CR____ |
| ) | |
| DEONTA GARNER, ) | 21 U.S.C. § 846 |
| a/k/a "BJ", ) | Conspiracy to Distribute and Possess With |
| (Counts 1 - 7) ) | Intent to Distribute Cocaine Base |
| ) | (Count One) |
| SEAN TURNER, ) | |
| a/k/a "Lucky", ) | 21 U.S.C. § 841 and 18 U.S.C. § 2 |
| (Counts 1 - 3, 5) ) | Possession With Intent to Distribute / |
| ) | Distribution of Cocaine Base / |
| KEITH TURNER, ) | Aiding & Abetting |
| a/k/a "Tall Guy", ) | (Counts Two - Seven) |
| (Counts 1, 3, 5, 7) ) | |
| Defendants. ) | |

AUGUST 2007 TERM - At Richmond, Virginia

THE GRAND JURY CHARGES THAT:

COUNT ONE
(Conspiracy to Possess With the Intent to Distribute and to Distribute Cocaine Base)

From in or about August 2006, through in or about August 2007, in the Eastern District of

Virginia and within the jurisdiction of this Court,

DEONTA GARNER, a/k/a "BJ"

SEAN TURNER, a/k/a "Lucky", and

KEITH TURNER, a/k/a "Tall Guy",

did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree with

others to possess with the intent to distribute, and to distribute, 5 grams or more of a mixture and

substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine,

a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 846).

## COUNT TWO
(Possession With Intent To Distribute and Distribution of Cocaine Base)

On or about August 4, 2006, in the Eastern District of Virginia and within the jurisdiction of this Court, DEONTA GARNER, a/k/a "BJ", and SEAN TURNER, a/k/a "Lucky", did knowingly, intentionally, and unlawfully possess with intent to distribute, and did distribute, a mixture and substance containing cocaine base, commonly known as "crack," approximately .51 grams, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.)

## COUNT THREE
(Possession With Intent To Distribute Cocaine Base)

On or about August 4, 2006, in the Eastern District of Virginia and within the jurisdiction of this Court, DEONTA GARNER, a/k/a "BJ," SEAN TURNER, a/k/a "Lucky", and KEITH TURNER, a/k/a "Tall Guy", did knowingly, intentionally, and unlawfully possess with intent to distribute, and did distribute, a mixture and substance containing cocaine base, commonly known as "crack," approximately 1.3 grams, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.)

## COUNT FOUR
(Possession With Intent To Distribute Cocaine Base)

On or about August 8, 2006, in the Eastern District of Virginia and within the jurisdiction of this Court, DEONTA GARNER, a/k/a "BJ," did knowingly, intentionally, and unlawfully possess with intent to distribute, and did distribute, a mixture and substance containing cocaine base, commonly known as "crack," approximately .45 grams, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.)

## COUNT FIVE
(Possession With Intent To Distribute Cocaine Base)

On or about August 8, 2006, in the Eastern District of Virginia and within the jurisdiction of this Court, DEONTA GARNER, a/k/a "BJ," SEAN TURNER, a/k/a "Lucky", and KEITH TURNER, a/k/a "Tall Guy", did knowingly, intentionally, and unlawfully possess with intent to distribute, and did distribute, a mixture and substance containing cocaine base, commonly known as "crack," approximately .4 grams, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.)

## COUNT SIX
(Possession With Intent To Distribute Cocaine Base)

On or about August 8, 2006, in the Eastern District of Virginia and within the jurisdiction of this Court, DEONTA GARNER, a/k/a "BJ," did knowingly, intentionally, and unlawfully possess with intent to distribute, and did distribute, a mixture and substance containing cocaine base, commonly known as "crack," approximately 1.3 grams, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.)

## COUNT SEVEN
(Possession With Intent To Distribute Cocaine Base)

On or about August 1, 2007, in the Eastern District of Virginia and within the jurisdiction of this Court, DEONTA GARNER, a/k/a "BJ," and KEITH TURNER, a/k/a "Tall Guy", did knowingly, intentionally, and unlawfully possess with intent to distribute, a mixture and substance containing cocaine base, commonly known as "crack," approximately 7 grams, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.)

A TRUE BILL

_____
FOREPERSON

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: _____
S. David Schiller
Assistant United States Attorney