E-FILED
Friday, 28 September, 2007 10:23:01 AM
Clerk, U.S. District Court, ILCD

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

FILED
SEP 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Central DISTRICT OF Illinois

UNITED STATES OF AMERICA

V.

__Sean Turner__

Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: 07-mj-6422

CHARGING DISTRICTS
CASE NUMBER: _____

I understand that charges are pending in the __Eastern__ District of __Virginia__ alleging violation of __21 USC § 841 and 18 USC §2__ and that I have been arrested in this district and
(Title and Section)
taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

S/Sean Turner
Defendant

9-26-07
Date

S/George Taseff
Defense Counsel