E-FILED
Friday, 28 September, 2007 01:37:49 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## Central District of Illinois

**UNITED STATES OF AMERICA**
**V.**
Sean Turner

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 07-6422M | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X  Indictment     ___ Information     ___ Complaint     ___ Other (specify)

Charging a violation of _____  U.S.C. §

FILED
SEP 28 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**DISTRICT OF OFFENSE**   Eastern District of Virginia

**DESCRIPTION OF CHARGES:**

Conspiracy to Possess with Intent to Distribute Cocaine base (crack), Et al

**CURRENT BOND STATUS:**

❑ Bail fixed at _____ and conditions were not met
❑ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
❑ Other (specify)

**Representation:**   ❑ Retained Own Counsel   ☒ Federal Defender Organization   ❑ CJA Attorney   ❑ None

**Interpreter Required?**   ☒ No   ❑ Yes   Language:

**DISTRICT OF**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and thee deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive the defendant.

S/Thomas J. Shields

September 28, 2007
Date                                       United States Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |