**E-FILED**
Friday, 28 September, 2007 01:55:18 PM
Clerk, U.S. District Court, ILCD

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

TEL: 309.793.5778
FAX: 309.793.5878

September 28, 2007

Clerk, U.S. District Court
U.S. Courthouse
1000 E. Main St.
Richmond, VA 23219

Re: USA v Sean Turner
Central Dist of IL Case # 07-6422M

Dear Clerk,

On 9/26/07, our Court held an initial appearance on the above named defendant. This defendant waived further hearing in our court and was ordered committed to your district by order of Magistrate Judge Thomas J. Shields. At this time, I am sending you certified copies of the documents in our file, consisting of:

Waiver of Rule 5 Hearing
Commitment to Another District
Docket Sheet

Would you please acknowledge receipt of these documents on the enclosed copy of this letter and return it to us in the self-addressed stamped envelope that is enclosed?

Sincerely,

S/Denise Koester
Deputy in Charge

Enc.